UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFREDO HERRERA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CATHAY PACIFIC AIRWAYS LTD.,<br><br>Defendant. | Case No. 20-cv-03019-JCS<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 67 |

On June 11, 2021, Defendant Cathay Pacific filed a Motion for Leave to File a Motion for Reconsideration ("Motion") of the Court's May 28, 2021 Order denying its Motion to Dismiss or in the Alternative, Compel Arbitration. Subsequently, it filed a Notice of Appeal of that Order to the Ninth Circuit. *See* dkt. no. 68. Because both the Motion and the appeal challenge the same decision, the Court concludes that it is divested of jurisdiction as to the Motion. *See City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886 (9th Cir. 2001) ("[T]he filing of a notice of interlocutory appeal divests the district court of jurisdiction over the particular issues involved in that appeal."). Accordingly, the Motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2021

JOSEPH C. SPERO
Chief Magistrate Judge